UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: APPLICATION FOR | : | |
| | : ss. Hartford, Connecticut | Case: 3:21-mj-1184 (RAR) |
| SEARCH WARRANT | : | |
| | : | |

A F F I D A V I T

I, Paul McNiff, being duly sworn, depose and state as follows:

### I.  INTRODUCTION

1. I am a United States Postal Inspector assigned to the Hartford, Connecticut Domicile of the United States Postal Inspection Service ("USPIS"). I have been so employed since August 2019. Prior to becoming a United States Postal Inspector, I was a Police Officer for the town of Shrewsbury, MA. I have a Master's Degree from the University of Massachusetts Lowell in Criminal Justice and a Bachelor's Degree in Business Administration from Framingham State University. I am authorized to investigate Postal offenses and civil matters relating to the Postal Service; to carry firearms; serve warrants and subpoenas and make arrests pursuant to 18 U.S.C. Section 3061 and administer oaths under 39 U.S.C. Section 1010. As part of my duties as a United States Postal Inspector, I investigate the use of the United States Mail to illegally transport controlled substances and drug trafficking, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846. I have been trained in various aspects of law enforcement, including the investigation of narcotics offenses.

2. I am currently assigned to the USPIS sponsored Narcotics and Bulk Cash Trafficking Task Force (hereinafter, "NBCT-TF"), which is charged with the responsibilities to aggressively investigate, arrest and dismantle drug trafficking networks and utilize intelligence to

effectively target and seize dangerous drugs affecting the citizens of Connecticut. The NBCT-TF currently consists of seven Postal Inspectors, detectives from the Hartford, New Britain, Groton, and Meriden Police Departments, a Special Agent from the USPS Office of Inspector General, and a Criminal Analyst from the Connecticut National Guard.

3. I am a law enforcement officer of the United States within the meaning of Title 18 U.S.C. § 3061, and am empowered by law to conduct investigations and make arrests for offenses enumerated in Title 21 U.S.C. §841(a)(1) and other federal offenses.

4. Based on my training and experience, I know that individuals shipping controlled substances via the United States Mail use Express Mail and Priority Mail almost exclusively and often use fictitious names and/or fictitious return addresses to prevent them from being identified and apprehended by law enforcement.

5. Based on my training and experience, I know that narcotics traffickers send their illegal narcotics through the mail from source states, such as California, Arizona, Texas, and the U.S. Territory of Puerto Rico. Also, based on my training and experience, I know individuals who receive narcotics parcels via the U.S. Mail often make return payments for those narcotics through the mail. The return payments are mailed to source states in the form of bulk U.S. currency and money orders, to include U.S. Postal Service money orders.

6. The information set forth in this affidavit is based on an investigation I and other law enforcement agents are conducting. This affidavit does not contain every fact known to me with respect to this investigation. Rather, it contains those facts I believe to be necessary to establish probable cause for issuance of this search warrant.

7.      I submit this affidavit in support of a search warrant application, made pursuant to Federal Rule of Criminal Procedure 41, to search a Priority Mail package for evidence of violations of 21 U.S.C. §§ 841, 844, 846, specifically the crimes of possession of a controlled substance, possession with intent to distribute a controlled substance, distribution of a controlled substance, and conspiracy or attempt to commit one or more of these crimes.

## II.    DESCRIPTION OF THE SUBJECT PARCEL

8.      Based on the information contained in this affidavit, there is probable cause to believe, and I do believe, that Priority Mail parcel displaying USPS Tracking Number 9505 5114 8732 1324 3761 90 addressed to "Kayla Acevedo, 34 Brighton St, New Britain, CT 06053" and with sender information and a return address of "Adamarys Ortiz, Res. Jose de Diego edf 17 Apt 140, Aguadilla, PR. 00603" (hereinafter, the "SUBJECT PARCEL"), contains evidence of the unlawful possession of controlled substances.

9.      On or about November 22, 2021 The SUBJECT PARCEL was identified as a parcel possibly containing a controlled substance. The SUBJECT PARCEL weighs approximately 9 lbs., 3 oz., and bears $22.65 in postage. The outside dimensions of the parcel measure approximately 12" x 12" x 5 1/2".

**Agent Note: Below is a picture of The SUBJECT PARCEL.**



10.     A review of database records indicates the delivery address on the SUBJECT PARCEL, 34 Brighton St, New Britain, CT 06053 is an actual address. A review of commercially available databases drawn on consumer transaction history, which has proven reliable in previous investigations, produced no current results for a "Kayla Acevedo" or any variation of "Kayla" associated with or resident of that address.

A review of database records indicates that the return address on the SUBJECT PARCEL, Res. Jose de Diego edf 17 Apt 140, Aguadilla, PR is a real mailing address. A review of commercially available databases drawn on consumer transaction history, which has proven

reliable in previous investigations, produced no current results for a "Adamarys Ortiz" associated with or resident of that mailing address.

11. On December 1, 2021, the SUBJECT PARCEL was examined by a trained narcotics detection dog. The SUBJECT PARCEL was individually placed among four other similar sized parcels prior to the handler and canine arriving. Upon examination of the parcels, the canine alerted to the SUBJECT PARCEL. The handler was not informed this was the SUBJECT PARCEL and left the area with the canine. The parcels, including the SUBJECT PARCEL, were then rearranged in different positions on the floor. The handler and canine were called in again. The canine alerted to the SUBJECT PARCEL once again.

12. The canine is an approximately seven-year-old male yellow Labrador Retriever named Conner. Conner is assigned to Detective Zach Kashmanian of the Hartford Police Department. Conner was first certified in July of 2016 and was recently recertified in November of 2020. Conner is certified in the detection of marijuana, hashish, cocaine, crack cocaine, heroin, MDMA, methamphetamine, and anabolic steroids. Conner receives quarterly in-service training sessions in the detection of narcotics. Detective Kashmanian and Conner also train daily on all of the odors that Conner is trained to detect.

13. Based on the above, there is probable cause to believe, and I do believe, that located within the SUBJECT PARCEL, is evidence of a violation of Title 21, United States Code, Section 841(a)(1), 844, and 846. The SUBJECT PARCEL is presently in the custody of the U.S. Postal Inspection Service located at 141 Weston Street, Hartford, CT 06101.

### III.   CONCLUSION

14.   WHEREFORE, I respectfully request that a search warrant be issued to search the SUBJECT PARCEL for evidence of illegal narcotics, and for any and all documents or other materials containing evidence of the participants in, and methods and plans of conducting, the suspected narcotics trafficking.

_____
**Paul McNiff**
Digitally signed by Paul McNiff
Date: 2021.12.03 08:38:16 -05'00'

PAUL MCNIFF
UNITED STATES POSTAL INSPECTOR

Subscribed and sworn to before me this **3** day of December 2021.

_____
**Robert A. Richardson**
Digitally signed by Robert A. Richardson
Date: 2021.12.03 11:57:42 -05'00'

Robert A. Richardson
UNITED STATES MAGISTRATE JUDGE

# ATTACHMENT A

## Property to Be Searched

Priority Mail parcel displaying USPS Tracking Number 9505 5114 8732 1324 3761 90 addressed to "Kayla Acevedo, 34 Brighton St, New Britain, CT 06053" and with sender information of "Adamarys Ortiz, Res. Jose de Diego edf 17 Apt 140, Aguadilla, PR. 00603," currently in the custody of the U.S. Postal Inspection Service located at 141 Weston Street, Hartford, CT 06101.



## ATTACHMENT B

**Particular Things to be Seized**

Evidence, fruits, contraband, and instrumentalities of violations of 21 U.S.C. §§ 841(a), 844, and 846 including United States currency and narcotics.